```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 13163
   KIMBERLY ISAACS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3601

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/02/2004 and was confirmed 06/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
MB FINANCIAL BANK         CURRENT MORTG           .00            .00             .00
CITY OF CHICAGO PARKING   UNSECURED            170.00            .00           17.00
COMCAST                   UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00             .00
FAIRLANE CREDIT LLC       UNSECURED           9637.29            .00          963.73
MCI RESIDENTIAL SERVICES  UNSECURED         NOT FILED            .00             .00
MCI COMMUNICATIONS        UNSECURED         NOT FILED            .00             .00
MTI IL                    UNSECURED         NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00             .00
SIR FINANCE               UNSECURED           3573.46            .00          357.35
TALK AMERICA              UNSECURED         NOT FILED            .00             .00
VAN RU CREDIT CORPORATIO  UNSECURED         NOT FILED            .00             .00
WORLDCOM WIRELESS         UNSECURED         NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED            665.76            .00           66.58
CAPITAL ONE BANK          UNSECURED            793.49            .00           79.35
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,330.20                       1,073.10
TOM VAUGHN                TRUSTEE                                             142.89
DEBTOR REFUND             REFUND                                              150.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    2,850.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       1,484.01
ADMINISTRATIVE                                  1,073.10
TRUSTEE COMPENSATION                              142.89
DEBTOR REFUND                                     150.00
                         ---------------    ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 13163 KIMBERLY ISAACS
```

TOTALS                                    2,850.00              2,850.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```